**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ARNOLD E. GLENZER                                          Case Number: 07-71572
       9002 BURTON ROAD                SSN-xxx-xx-0866
       WONDER LAKE, IL  60097

                                                    Case filed on:        7/2/2007
                                                    Plan Confirmed on:
                              U Dismissed  Unconfirmed

   Total funds received and disbursed pursuant to the plan:   $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ARNOLD E. GLENZER (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 0.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00    discharging the trustee and the trustee's surety from any and all
                                   liablility on account of the within proceedings, and closing the estate,
                                   and for such other relief as is just.  Pursuant to FRBP, I hereby
                                   certify that the subject case has been fully administered.

    Report Dated:

                                               /s/ Lydia S. Meyer
                                             Lydia S. Meyer, Trustee


    This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


    Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan